850 A.2d 1250

IN THE MATTER OF ROBERT J. NEMSHICK, AN ATTORNEY AT LAW (ATTORNEY NO. 024061994).

June 30, 2004.

ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 03–364, DRB 03–365 and DRB 03–366, concluding that **ROBERT J. NEMSHICK**, formerly of **ISELIN**, who was admitted to the bar of this State in 1994, and who was been ineligible to practice law since September 15, 2003, for failure to

pay the annual assessment to the New Jersey Lawyers' Fund for Client Protection as required by *Rule* 1:28–2, should be suspended from the practice of law for a period of three months for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3(lack of diligence), *RPC* 1.4 (failure to communicate with client), *RPC* 8.1(b) (failure to cooperate with disciplinary authorities), and *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that **ROBERT J. NEMSHICK** is suspended from the practice of law for a period of three months and until the further Order of the Court, effective immediately; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.